**CR 12 - 0674**

RLC
F.#2010R01746

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ROBERTO MATA,

          Defendant.

- - - - - - - - - - - - - - - - X

NOTICE OF MOTION

WEINSTEIN, J.

SCANLON, M.J.

     Please take notice that the undersigned will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           October 22, 2012

                        LORETTA E. LYNCH
                        United States Attorney
                        271 Cadman Plaza East
                        Brooklyn, New York 11201

          By:   _____
                    Robert L. Capers
                    Assistant U.S. Attorney