AO 455(Rev. 2/99)Waiver of Indictment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERTO MATA

**WAIVER OF INDICTMENT**

Case Number: 12-CR-674 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 1 6 2012 ★
BROOKLYN OFFICE

I, ROBERTO MATA, the above-named defendant, who is accused of bribery, in violation of Title 18, United States Code, Section 666(a)(1)(B) and fraud and false statements in a tax return, in violation of Title 26, United States Code, Section 7206(1),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on November 16, 2012, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before  s/Vera M. Scanlon
_____
Judicial Officer