<u>CRIMINAL CAUSE FOR GUILTY PLEA</u>

BEFORE Magistrate Judge **Scanlon** 11/16/2012  Time: **58 minutes**

Case No.: **12cr674**

DEFENDANT'S NAME: **Roberto Mata**
✓ present ___ not present ___ custody ___ bail

DEFENSE COUNSEL: **Paul Rinaldo**?
✓ present ___ not present ✓ CJA? ___ RET? ___ FED DEF.?

A.U.S.A.: **Robert Capers?**  COURTROOM DEPUTY: **Tina Priftakis**

FTR#: Start Mins **4:09** – End Mins **5:07**  INTERPRETER: **N/A**

✓ CASE CALLED    ✓ DEFENDANT'S FIRST APPEARANCE

DEFENDANT ✓ SWORN ✓ ARRAIGNED ✓ INFORMED OF RIGHTS
            ✓ WAIVES TRIAL BEFORE DISTRICT COURT

✓ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT.

✓ ~~SUPERSEDING INDICTMENT~~ (INFORMATION FILED.)

___ DEFENDANT FAILED TO APPEAR, BENCH WARRANT ISSUED.

✓ DEFENDANT ENTERS **GUILTY PLEA TO COUNT** _____ OF _____.

✓ BAIL ✓ SET ___ CONT'D FOR DEFENDANT.

___ DEFENDANT CONT'D IN CUSTODY.

✓ SENTENCING SCHEDULED FOR **03/11/13** AT **10:00 AM**
    BEFORE JUDGE **Weinstein**.

___ SENTENCING WILL BE SCHEDULED BY PROBATION.

✓ OTHER COMMENTS/RULINGS: **Suretors sworn, informed of rights, and signed the bond set for $100,000 with conditions.**

***PURSUANT TO THE JUDGE'S REFERRAL ORDER TO **MAGISTRATE JUDGE GO**, DATED **11/15/12**, MAGISTRATE GO HAS ADMINISTERED THE ALLOCUTION PURSUANT TO F.R.C.P., RULE 11 AND A FINDING HAS BEEN MADE THAT THE PLEA WAS KNOWINGLY AND VOLUNTARILY MADE AND NOT COERCED. **MAGISTRATE JUDGE GO RECOMMENDS TO JUDGE Weinstein THAT THE PLEA OF GUILTY SHOULD BE ACCEPTED.** THE PLEA AGREEMENT IS MARKED AS COURT EXHIBIT 1.
    ✓ REQUEST FOR TRANSCRIPT FOR JUDGE **Weinstein**