

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

November 26, 2012

**ELECTRONICALLY FILED**

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   United States v. Roberto Mata
             12-CR-674 (JBW)

Dear Judge Weinstein:

       The government respectfully submits this letter and the enclosed proposed Order of Forfeiture for the Court's consideration and approval.

       The defendant, Roberto Mata, has agreed to the terms of the Order of Forfeiture as part of his plea agreement with the government.  The plea was taken before Magistrate Judge Vera M. Scanlon on or about November 16, 2012.

       We thank the Court for it's consideration.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

              By:    s/ Claire S. Kedeshian
                        Claire S. Kedeshian
                        Assistant U.S. Attorney
                        (718) 254-6051/7000

Enclosure
cc: via ECF to Defense Counsel