SLR:LDM:CSK
F#2010R01746

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -

ROBERTO MATA,

            Defendant.

- - - - - - - - - - - - - - -X

ORDER OF FORFEITURE

12 CR 674 (JBW)

      WHEREAS, in the above-captioned criminal action, the United States of America sought the forfeiture of certain property constituting or derived from any proceeds obtained, directly or indirectly as a result of the defendant, ROBERTO MATA'S violation of Title 18 U.S.C. § 666; and/or substitute assets, of pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, and 21 U.S.C. § 853(p);

      WHEREAS, on November 16, 2012, the defendant, entered an agreement with the United States, and agreed, *inter alia*, to plead guilty to Count One of an Information charging him with a violation of 18 U.S.C. § 666 (a)(1)(B), to wit, bribery concerning an organization, Consolidated Edison Company of New York, Inc., that received federal funds; and

      WHEREAS, the defendant, ROBERTO MATA, as part of his agreement with the United States, has agreed to the entry of an

Case 1:12-cr-00674-ARR   Document 8   Filed 11/29/12   Page 2 of 4 PageID #: 17
Case 1:12-cr-00674-JBW   Document 7-1   Filed 11/26/12   Page 2 of 4 PageID #: 13

2

Order of Forfeiture against him in the amount of One Hundred Thousand Dollars ($100,000.00) in U.S. currency (the "Forfeiture Money Judgment"), which money constitutes or is derived from proceeds that the defendant obtained, directly or indirectly, as a result of his violation of 18 U.S.C. § 666, and/or constitutes substitute assets, and thus is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, and 21 U.S.C. § 853(p); and

WHEREAS, by virtue of the defendant having pled guilty and waived all his constitutional, legal and equitable defenses and rights to the forfeiture allegations of the Information, the United States is now entitled to possession of the Forfeited Money Judgment pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, 21 U.S.C. § 853(p), and Fed. R. Crim. P. 32.2.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, 21 U.S.C. § 853(p), and Fed. R. Crim. P. 32.2, the Agreement, and guilty plea, a Forfeiture Money Judgment is hereby entered in favor of the United States in the amount of $100,000.00 in United States Currency, which sum represents the proceeds defendant has obtained, directly or indirectly, as a result of the defendant's violation of 18 U.S.C. § 666.

2.  The defendant is liable and shall pay the Forfeiture Money Judgment as follows: $7,500.00 to be paid on or

3

before the date of his plea of guilty and the $92,500.00 balance to be paid no later than 180 days after the date of his plea of guilty. The defendant shall remain fully liable to pay the entire Forfeiture Money Judgment to the United States.

       3. If the Forfeiture Money Judgment is not paid as set forth above, interest shall accrue on any unpaid portion thereof at the judgment rate of interest from that date, as set forth in 18 U.S.C. § 3612(f)(2). If the defendant fails to pay any portion of the Forfeiture Money Judgment, the defendant shall forfeit to the United States any other property, including substitute assets, pursuant to 21 U.S.C. § 853(p), and under the Federal Debt Collection Act, or other federal law.

       4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), at sentencing, this Order of Forfeiture shall be made a part of the defendant's sentence and included in the final Judgment.

       5. The Forfeited Money Judgment shall be paid by bank or certified check made payable to the United States Department of Treasury, which shall take all steps necessary to dispose of it in accordance with applicable laws and regulations.

4

6. The Clerk of Court shall forward three certified copies of this order to the U.S. Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201, <u>Att</u>: Claire S. Kedeshian, Assistant U.S. Attorney.

Brooklyn, New York
Dated: November 28, 2012

SO ORDERED:

_____
HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE