# GROSSMAN & RINALDO
## Attorneys At Law

108-18 Queens Boulevard, 8th Floor, Suite 5
Forest Hills, NY 11375
718 520-8722
Fax 718 793-0894

STUART J. GROSSMAN
PAUL P. RINALDO

Via ECF

May 14, 2013

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Roberto Mata
        Docket No. 12 CR 674(JBW)

Dear Judge Weinstein:

    I represent the defendant in the above referenced action. I respectfully request that the defendant's bond be modified solely to the extent that his travel restriction be expanded to permit travel to his sister's residence in Ticonderoga, NY and to his daughter's residence in Manahawkin, NJ. All other conditions of his bond are to remain in effect.

    Assistant United States Attorney Robert Capers and Pretrial Officer Robert Stehle have no objection to this request.

Respectfully submitted,

Paul P. Rinaldo

cc: AUSA Robert Capers
    Pretrial Officer Robert Stehle, via email