# GROSSMAN & RINALDO
## Attorneys At Law
108-18 Queens Boulevard, 8th Floor, Suite 5
Forest Hills, NY 11375
718 520-8722
Fax 718 793-0894

STUART J. GROSSMAN
PAUL P. RINALDO

Via ECF

July 9, 2013

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Roberto Mata
        <u>Docket No. 12 CR 674(JBW)</u>

Dear Judge Weinstein:

    I represent the defendant in the above referenced action. I respectfully request that the defendant's bond be modified to the extent that his travel restriction be modified to permit travel to Lake Tahoe, Nevada to attend his niece's wedding on August 17, 2013. Mr. Mata plans to leave New York on August 15, 2013 and return on August 19. 2013.

    Assistant United States Attorney Robert Capers and Pretrial Officer Joseph Elie have no objection to this request.

Respectfully submitted,

Paul P. Rinaldo

cc: AUSA Robert Capers, via ECF
    Pretrial Officer Joseph Elie, via email