

U.S. GOVERNMENT PRINTING OFFICE 2000-520-672

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPTS AND RETURNS

| PLANTIFF United States of America | COURT CASE NUMBER CR-12-0674 (JBW) |
|---|---|
| DEFENDANT Roberto Mata | TYPE OF PROCESS Order of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE Chase Cashier's Check i/t/a $92,500.00 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) United States Customs & Border Protection, One Penn Plaza, 11th Floor, New York, New York 10119 |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| LORETTA E. LYNCH<br>UNITED STATES ATTORNEY - EDNY<br>271 Cadman Plaza East - 7th Floor<br>Brooklyn, NY 11201<br>ATTN: Claire S. Kedeshian | NUMBER OF PROCESS TO BE SERVED IN THIS CASE<br>NUMBER OF PARTIES TO BE SERVED IN THIS CASE<br>CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please execute the Order of Forfeiture dated November 28, 2012 and deposit the funds into the Treasury suspense account.

CATS ID #: 13-ICE-000107
FP&F Case #: 2013-1001-000155-01

| Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff  [ ] Defendant<br>*Claire S. Kedeshian by ms* | TELEPHONE NO. (718) 254-6051 | DATE 5/15/2013 |
|---|---|---|
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS<br>*S. Toller   6-4-2013* | | |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | [ ] AM [ ] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS: As per the Order of Forfeiture dated November 28, 2012, Chase Cashier's Check i/t/a #92,500.00 was deposited into the Treasury suspense account on 5/30/13.