# GROSSMAN & RINALDO
### ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 0 2 2013 ★

**BROOKLYN OFFICE**

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375

(718) 520-8722
FAX (718) 793-0894
E-MAIL: grossmanrinaldo@aol.com

September 30, 2013

Via ECF

Granted
JBW 9/30/13

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: United States v. Roberto Mata
        Docket No. 12 CR 674(JBW)

Dear Judge Weinstein:

        I represent the defendant in the above referenced action. I respectfully request that the defendant's bond be modified solely to the extent that his travel restriction be expanded to permit him to travel to Las Vegas, Nevada and Los Angeles, California, from October 19, 2013 until October 28, 2013 to visit family and friends.

        Assistant United States Attorney Robert Capers and Pretrial Officer Robert Stehle have no objection to this request.

                                        Respectfully submitted,

                                        Paul P. Rinaldo

cc: AUSA Robert Capers, via email
    Pretrial Officer Robert Stehle, via email