# GROSSMAN & RINALDO
### ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375
(718) 520-8722
FAX (718) 793-0894
E-MAIL: grossmanrinaldo@aol.com

January 23, 2014

Via ECF

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Roberto Mata
        Docket No. 12 CR 674(JBW)

Dear Judge Weinstein:

    I represent the defendant in the above referenced action. I respectfully request that the restrictions of the defendant's bond be modified to the extent that he be permitted to obtain his U.S. passport, presently being held by Pretrial Services, for the purpose of traveling to the Philippines to visit family and then continue on to visit Thailand and Japan. If approved, he will leave New York on February 27, 2014 and return March 26, 2014.

    Prior to his trip the defendant shall submit a detailed itinerary to his Pretrial Officer and he shall return his passport to Pretrial Services upon his return to New York.

    Assistant United States Attorney Robert Capers and Pretrial Officer Joseph Elie have no objection to this request.

Respectfully submitted,

Paul P. Rinaldo

cc: AUSA Robert Capers, via email
    Pretrial Officer Joseph Elie, via email